UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **CLOMAN SMITH, Individually and as class action representative on behalf of all other Plaintiffs similarly situated,**<br><br>    Plaintiff,<br><br>V.<br><br>**AETNA INSURANCE**<br><br>    Defendant. | CIVIL ACTION NO. 5:20-332-KKC<br><br><br><br><u>**JUDGMENT**</u> |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Aetna's motion to dismiss (DE 10) is GRANTED;

2) this matter is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

This 16th day of November, 2021.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY